IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONALD WACHT, | § | |
| | § | |
| Petitioner Below– | § | No. 83, 2019 |
| Appellant, | § | |
| | § | Court Below–Family Court |
| v. | § | of the State of Delaware |
| | § | |
| MELISSA JACKEL, | § | File No. CN18-05563 |
| | § | Petition No. 18-28833 |
| Respondent Below– | § | |
| Appellee. | § | |
| | § | |

Submitted: June 24, 2019
Decided: June 25, 2019

## **ORDER**

It appears to the Court that, on June 4, 2019, the Chief Deputy Clerk issued a notice, via certified mail, to the appellant, Donald Wacht, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. Wacht received the notice to show cause on June 11, 2019, but did not respond to it, and has not filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice